United States District Court
Northern District of California

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

SAN JOSE DIVISION

11

12  RANDALL FRANK, et al.,

Plaintiffs,

13

14      v.

15  THOR MOTOR COACH, INC,

Defendant.

16

Case No.  5:15-cv-02692-HRL

**ORDER TO SHOW CAUSE RE SETTLEMENT**

17      The court having been informed that this case has settled, all previously scheduled

18  deadlines and appearances are vacated.

19      **On or before July 15, 2016**, the parties shall file a stipulated dismissal pursuant to Fed. R.

20  Civ. P. 41(a).  If a dismissal is not filed by the specified date, then the parties shall appear in

21  Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose,

22  California on **July 26, 2016, 10:00 a.m.** and show cause, if any, why the case should not be

23  dismissed pursuant to Fed. R. Civ. P. 41(a).  Additionally, the parties shall file a statement in

24  response to this Order to Show Cause no later than **July 19, 2016** advising as to (1) the status of

25  the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is

26  requested to finalize the settlement and file the dismissal.  If a dismissal is filed as ordered, the

27  Order to Show Cause hearing will be automatically vacated and the parties need not file a

28

1   statement in response to this Order.

2        SO ORDERED.

3   Dated:   May 25, 2016

4

5                                   Howard R. Lloyd
                                  United States Magistrate Judge

United States District Court
Northern District of California

5:15-cv-02692-HRL Notice has been electronically mailed to:

Dolores E. Gonzales     doloresgonzales@summers-shives.com, heatherlawson@summers-shives.com

Terry L. Baker     tbaker@consumerlawgroup.net

United States District Court
Northern District of California