UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RANDALL FRANK, an individual; and MARY FRANK, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>THOR MOTOR COACH, INC,<br><br>Defendant. | Case No.  5:15-cv-02692-HRL<br><br>**ORDER RE JOINT REQUEST FOR CONTINUANCE RE SETTLEMENT**<br><br>Re: Dkt. No. 35 |

The court having received the parties' Joint Statement in Response to Order to Show Cause re Settlement, and good cause appearing, their request for a 60-day continuance is granted as follows:

**On or before September 13, 2016**, the parties shall file a stipulated dismissal pursuant to Fed. R. Civ. P. 41(a).  If a dismissal is not filed by the specified date, then the parties shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, California on **September 27, 2016, 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(a).  Additionally, the parties shall file an updated statement in response to this Order to Show Cause no later than **September 20, 2016** advising as to (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal.  If a dismissal

1  is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties
2  need not file a statement in response to this Order.
3      SO ORDERED.
4  Dated:   July 19, 2016

HOWARD R. LLOYD
United States Magistrate Judge

5:15-cv-02692-HRL Notice has been electronically mailed to:

Dolores E. Gonzales    doloresgonzales@summers-shives.com, heatherlawson@summers-shives.com

Terry L. Baker    tbaker@consumerlawgroup.net